

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-13-00629-CR

Ismael **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5658
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to September 2, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court